FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 SEP 21 PM 4:16
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DEAL,<br><br>Defendant. | 4:26CR3075<br><br>INDICTMENT<br>18 U.S.C. § 2252(a)(2)<br>18 U.S.C. § 2252(a)(4)(B) |

The Grand Jury charges that

COUNT I

Beginning at least October 21, 2011 and continuing to at least December 29, 2024, in the District of Nebraska, the defendant, John Deal, knowingly received any child pornography as defined in Title 18, United States Code, Section 2256(8), using any means or facility of interstate commerce and that has been shipped or transported in or affecting interstate or foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

COUNT II

On or about August 4, 2026, within the District of Nebraska, John Deal, the defendant herein, did knowingly possess one or more computer files and other matter which contained an image of child pornography, the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, said computer files and other matter had been shipped or transported in interstate commerce by any

means, including by computer including images of child pornography, involving prepubescent minors or minors who had not attained 12 years of age.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

A TRUE BILL.

____________________
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

____________________
TESSIE L. SMITH
Assistant United States Attorney